UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

NORMAN CRONEY,

                                 **Plaintiff,**

v.                                                                                        6:23-cv-1438

LUIS DEJOY, Postmaster General of USPS,

                                 **Defendant.**
_____

**Brenda K. Sannes,
Chief United States District Judge**

## DECISION and ORDER

**I.    INTRODUCTION**

This *pro se* action came before the Hon. Thérèse W. Dancks, United States Magistrate Judge, for review of Plaintiff's *in forma pauperis* ("IFP") application and for an initial review of the claims in the Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B). *See* Report-Recommendation & Order, Dkt. No. 8. Judge Dancks granted Plaintiff's IFP application, and, upon review of the claims in the Complaint, recommended that Plaintiff's First and Fourth Amendment claims, insofar as Plaintiff seeks to hold Defendant DeJoy liable in his individual capacity, be dismissed with leave to amend, and that Plaintiff's claims against DeJoy in his official capacity be dismissed. *Id.* Plaintiff filed no objections to the Report-Recommendation & Order, but instead filed an amended complaint in which he brings claims against Defendant DeJoy in both his individual and official capacities. *See* Dkt. No. 9.

**II.    DISCUSSION**

1

In light of the filing of the Amended Complaint, the Court deems the recommendations in the Report-Recommendation & Order moot, and recommits the matter to Judge Dancks for an initial review of the allegations in the Amended Complaint.

### III. CONCLUSION

For the reasons stated above, the recommendations stated in the Report-Recommendation & Order, Dkt.No. 8, are **DENIED as moot**, and the matter is **RECOMMITTED** to Judge Dancks for an initial review of the allegations in the Amended Complaint.

**IT IS SO ORDERED.**

Dated: July 11, 2024

Brenda K. Sannes
Chief U.S. District Judge